Judge: Honorable Mary Jo Hester
Chapter 7

CHRISTOPHER J. MARSTON
ATTORNEY FOR
STEPHEN LEE ATES, DEFENDANT
Davies Pearson, P.C.
920 Fawcett Ave.
Tacoma, WA 98402
cmarston@dpearson.com

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

STEPHEN LEE ATES

Debtor.

Bankruptcy No. 21-41090-MJH

WILLIAM C. GIBSON AND LAUREL GIBSON,

Plaintiffs,

v.

STEPHEN LEE ATES,

Defendant/DEBTOR.

And

KELLY ANN BRACE,

Defendant/Non-Debtor.

Adversary Proceeding
No.: 21-04051-MJH

NOTICE OF APPEARANCE
FOR DEFENDANT STEPHEN
LEE ATES

**CLERK'S ACTION
REQUIRED**

NOTICE OF APPEARANCE FOR DEFENDANT
STEPHEN LEE ATES
**Adversary Proceeding Cause No.** 21-04051-MJH
Page 1 of 2
kb / s:\26xxx\266xx\cjm - ates\1\pleadings\gibson matter\gibson - noa.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

TO: WILLIAM C. GIBSON AND LAUREL GIBSON, PLAINTIFFS;

AND TO: BRADLEY S. WOLF, PLAINTIFFS' ATTORNEY.

COME NOW the defendant, STEPHEN LEE ATES, and enters herewith his appearance by CHRISTOPHER J. MARSTON of Davies Pearson, PC, attorneys undersigned, and directs that all future pleadings or papers in the above entitled cause, exclusive of original process, be served upon the said defendant by leaving a copy with their attorneys undersigned. The defendant expressly reserves all rights and defenses herein including, but not limited to, insufficiency of service of process and lack of personal and subject matter jurisdiction.

Respectfully submitted this 19TH day of October, 2021.

DAVIES PEARSON, P.C.


/s/ Christopher J. Marston
**CHRISTOPHER J. MARSTON,**
WSB #30571
Attorneys for Defendant Stephen Lee Ates

### CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

Kathy A. Bates, Legal Assistant

NOTICE OF APPEARANCE FOR DEFENDANT
STEPHEN LEE ATES
**Adversary Proceeding Cause No.** 21-04051-MJH
Page 2 of 2
kb / s:\26xxx\266xx\cjm - ates\1\pleadings\gibson matter\gibson - noa.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052