Judge: Honorable Mary Jo Heston
Chapter: 7

Response Date: October 25, 2021

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| WILLIAM C. GIBSON AND LAUREL GIBSON,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>STEPHEN LEE ATES,<br><br>　　　　　　Defendant/Debtor.<br><br>and<br><br>KELLY ANN BRACE,<br><br>　　　　　　Defendant/Non-Debtor. | Case No. 21-41090-MJH<br><br>Chapter 7<br><br>Adv. Case No. 21-04051-MJH<br><br>CERTIFICATE OF SERVICE OF AMENDED COMPLAINT |

I, Christine L. Bauman, certify that service of this AMENDED COMPLAINT To Determine Dischargeability of Debts, et. al. was served this 21st day of October 2021 via:

**[X] Mail Service**: Regular, First-Class United States Mail, postage fully pre-paid, addressed to:

**Parties Served:**
Stephen Lee Ates, Defendant/Debtor
60 NE Lake Dr.
TAHUYA, WA 98588

Kelly Ann Brace, Defendant/Non-Debtor

---

CERTIFICATE OF SERVICE – PAGE 1
Case No. 21-41090-MJH
Adv. Case No. 21-04051-MJH

**BAUMAN & WOLF, PLLC**
**POST OFFICE BOX 2095**
**TACOMA, WA 98401**
**TEL: 206.264.4577**

18727 Blueberry Lane Apt. B301
Monroe, WA 98272

| | |
|---|---|
| **Brett L Wittner**<br>Morton McGoldrick, P.S.<br>820 A Street<br>Suite 600<br>Tacoma, WA 98402<br>253-627-8131<br>BLWittner@bvmm.com | Attorney for Debtor |
| **Christina L. Henry**<br>Henry & DeGraaff, PS<br>119 1st Ave S., Suite 500<br>Seattle, WA 98104<br>206-483-0505<br>chenry@hdm-legal.com | Attorney for Kelly Ann Brace |
| **Kathryn A Ellis**<br>5506 6th Ave S, Suite 207<br>Seattle, WA 98108<br>206-682-5002<br>kae@seanet.com | Trustee |
| **United States Trustee**<br>700 Stewart St Ste 5103<br>Seattle, WA 98101<br>(206) 553-2000<br>USTPRegion18.SE.ECF@usdoj.gov | US Trustee |

**[X} VIA EMAIL: to the following:**

| | |
|---|---|
| **Katie J Comstock**<br>Levy von Beck Comstock PS<br>1200 Fifth Avenue, Suite 1850<br>Seattle, WA 98101<br>206-960-4596<br>katie@levy-law.com | Courtesy Copy Recipient |

DATED: October 21, 2021, in TACOMA, WA.

        BAUMAN & WOLF, PLLC

By:   **/s/:** *Christine L. Bauman*_____
      Christine L. Bauman, WSBA 26410
      Bradley S. Wolf, WSBA 21252
      Attorneys for the Creditors/Plaintiffs
      William C. Gibson and Laurel Gibson
      T: 206.264.4577
      E:cbecia@wolflaw.us; bwolf@wolflaw.us

CERTIFICATE OF SERVICE – PAGE 2
Case No. 21-41090-MJH
Adv. Case No. 21-04051-MJH

**BAUMAN & WOLF, PLLC**
**POST OFFICE BOX 2095**
**TACOMA, WA 98401**
**TEL: 206.264.4577**

Case 21-04051-MJH    Doc 12    Filed 10/21/21    Ent. 10/21/21 13:10:27    Pg. 2 of 2